# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| ALEX CHRISTOPHER WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:18-CV-0102-M-BR |
| | § | |
| U.S. MARSHAL'S SERVICE, and | § | |
| MATTHEW E. CLAY, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case and the February 20, 2019 Findings, Conclusions, and Recommendation of the Magistrate Judge, the Court concludes the Magistrate Judge's Findings and Conclusions are correct. The Recommendation of the Magistrate Judge is accepted, and the civil rights lawsuit filed by plaintiff Alex Christopher Williams is dismissed. Plaintiff's unlawful seizure claim is dismissed with prejudice as frivolous and his excessive force claim is dismissed without prejudice for failure to state a claim on which relief can be granted.

SO ORDERED this 15th day of March, 2019.

*[signature]*
BARBARA M. G. LYNN
CHIEF JUDGE