IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ALEX CHRISTOPHER WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:18-CV-0102-M-BR |
| | § | |
| U.S. MARSHAL'S SERVICE, and MATTHEW E. CLAY, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

After making an independent review of the pleadings, files and records in this case and the February 20, 2019 Findings, Conclusions, and Recommendation of the Magistrate Judge, the Court concludes the Magistrate Judge's Findings and Conclusions are correct. The Recommendation of the Magistrate Judge is accepted, and the civil rights lawsuit filed by plaintiff Alex Christopher Williams is dismissed. Plaintiff's unlawful seizure claim is dismissed with prejudice as frivolous and his excessive force claim is dismissed without prejudice for failure to state a claim on which relief can be granted.

SO ORDERED this 6th day of June, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE